PER CURIAM.
Affirmed. Illinois v. Gates, 462 U.S. 213, 103 S.Ct. 2317, 76 L.Ed.2d 527 (1983); Rhode Island v. Innis, 446 U.S. 291, 100 S.Ct. 1682, 64 L.Ed.2d 297 (1980); Tillman v. State, 471 So.2d 32 (Fla.1985); Hernandez v. State, 538 So.2d 137 (Fla. 3d DCA 1989); Griffith v. State, 532 So.2d 80 (Fla. 3d DCA 1988); United States v. Page, 808 F.2d 723 (10th Cir.), cert. denied, 482 U.S. 918, 107 S.Ct. 3195, 96 L.Ed.2d 683 (1987).